UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**13 CV 2252**

*Claude Sessom*

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

*Officer Jonathan E. Quinto #8307*

_____

_____

_____

_____

_____

_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**COMPLAINT**

Jury Trial:  ☐ Yes  ☑ No
            *(check one)*

MAR 03 2013

PRO SE OFFICE

---

**I.    Parties in this complaint:**

A.    List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name *Claude Sessom*
            Street Address *246, E 12 / 3rd Street*
            County, City *N.Y, N.Y,*
            State & Zip Code *10035*
            Telephone Number *646-276-5252*

B.    List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1    Name *Officer Jonathan E. Quinto*
                  Street Address *88th Preccinct, Bklyn N.Y.*

*Rev. 05/2010*

County, City _____

State & Zip Code _____

Telephone Number _____

**Defendant No. 2**   Name _____

Street Address _____

County, City _____

State & Zip Code _____

Telephone Number _____

**Defendant No. 3**   Name _____

Street Address _____

County, City _____

State & Zip Code _____

Telephone Number _____

**Defendant No. 4**   Name _____

Street Address _____

County, City _____

State & Zip Code _____

Telephone Number _____

## II.   Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.   What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal Questions          ☐ Diversity of Citizenship

B.   If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? 4th Amendment + 8th Amendment

_____

_____

C.   If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

_____

## III.   Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

*Rev. 05/2010*

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.    Where did the events giving rise to your claim(s) occur? In Bklyn on Madison Ave

B.    What date and approximate time did the events giving rise to your claim(s) occur? 04/29/13 apprax: 2:30pm

C.    Facts: Officer Quinto exited a vehicle occupanied by fellow officers. He asked what was in my hand, I responded "a cigarette. He then grabbed my hand, I asked him to release it, he didn't. He began to search me and I said "you are violating my rights!" I resisted his search of my person and he and his fellow officers cuffed my hands threw me to the ground, injured my knee with a life scar and beat me while on the ground then took me into custody.

| What happened to you? |
| Who did what? |
| Was anyone else involved? |
| Who else saw what happened? |

IV.    **Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

I injured my knee with a life time scar. My hands were fractured and bruised and swollen. I am waiting for xrays and currently treating my wound to the knee.

*Rev. 05/2010*

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. _I am seeking $50,000 for being falsely arrested and wounded._

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this _3_ day of _April_ , 20_13_

Signature of Plaintiff    _Claudel Russom_

Mailing Address    _246 E/21 St Street_
_N.Y. N.Y._
_10035_

Telephone Number    _696-276-5252_

Fax Number *(if you have one)* _____

**Note:**   All plaintiffs named in the caption of the complaint must date and sign the complaint.  Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this _____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number    _____

*Rev. 05/2010*